# United States District Court
## Violation Notice

CVB Location Code: **CA76**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1846439 | Foster | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/19/2008 1545 | 36 CFR 2.35(c) |

**Place of Offense:** Bridal view Straight

**Offense Description:** Possession of controlled Substance - Methamphetamine

Violation Number (side): 1846439

### DEFENDANT INFORMATION
Phone: (   )   -

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | John | P |

Street Address: —

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Coalinga | CA | 93210 | — |

Drivers License No.: —  D.L. State: —  Social Security No.: —

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | GRN | 5-11 | 165 |

### VEHICLE DESCRIPTION
VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

CASE 08-5111
Arrest 08-275

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 19th, 20 08 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park.

At approximately 1545 hours after contacting a semi-truck for multiple violations I received verbal consent from the operator to look inside the vehicle for weapons, drugs, or other contraband. During the search of the vehicle a small plastic bindle of suspected methamphetamine was located. The passenger, John WILLIAMS identified by verbal information and information on a Florida Uniform Traffic Citation, made several spontaneous statements that the Meth was his, while I interviewed the operator of the vehicle. I informed WILLIAMS of his legal rights and asked him what he knew about the white powder. WILLIAMS replied that it belonged to him, the driver knew nothing about it, and that the substance was Methamphetamines.

I arrested WILLIAMS for possession of a controlled substance.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/20/08
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge